**Order filed December 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00991-CV
_____

## IN RE DENBURY RESOURCES, INC. AND DENBURY ONSHORE, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-09546**

---

## ORDER

On November 25, 2015, relators, Denbury Resources, Inc. and Denbury Onshore, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. Relators also filed a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10.

The Texas Rules of Appellate Procedure require that the typeface of computer-generated documents filed with the court of appeals be "no smaller than 14-point except for footnotes, which must be no smaller than 12-point." Tex. R.

App. P. 9.4(e).  Relators' petition for writ of mandamus does not comply with the stated typeface size.

Furthermore, Rule 9.4(i)(2)(B) sets forth the maximum length for a computer-generated petition in an original proceeding.  *See* Tex. R. App. P. 9.4(i)(2)(B).  A party must include a certificate of compliance stating the number of words in the document.  Tex. R. App. P. 9.4(i)(3).  Relators' petition does not contain the required certificate of compliance.

We **ORDER** relators to file an amended petition for writ of mandamus that complies with the Texas Rules of Appellate Procedure on or before December 7, 2015.  *See* Tex. R. App. P. 9.4(k).  We also request real parties in interest to file a response to the petition on or before December 21, 2015.

We further **DENY** relator's motion for temporary relief.

PER CURIAM